Lisa G. Arrowood (*admitted pro hac vice*)
Edward Foye (*admitted pro hac vice*)
Todd & Weld LLP
28 State Street, 31st Fl.
Boston, MA 02109
Telephone:      (617) 720-2626
Facsimile:      (617) 227-5777

Edmond "Buddy" Miller (Bar No. 003116)
6490 S. McCarran Blvd.
Bldg. C, Suite 26
Reno, NV  89509
Telephone:      (775) 828-9898
Facsimile:      (775) 828-9893
*Attorneys for Defendants Zone Labs, Inc., and Barry Sears*

Kelly A. Evans (Bar No. 78691)
Richard C. Gordon (Bar No. 9036)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Phone – 702-784-5200
Fax 702-784-5252

Michael F. Ruggio, Esq. (*admitted pro hac vice*)
Polsinelli Shalton Flanigan Suelthaus P.C.
555 12th Street, N.W., Suite 710
Washington, DC  20004-1206
Phone - (202) 783-3300
Fax (202) 783-3535
*Attorneys for Plaintiff Zone Cafe, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ZONE CAFÉ, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>ZONE LABS, INC. a Delaware corporation, and BARRY SEARS,<br><br>                    Defendants. | Case No.  3:06-cv-00532-LRH-RAM<br><br>     ORDER  **TO ENLARGE TIME TO SUPPLEMENT THE RECORD RELATING TO DEFENDANTS' CONVERTED MOTION FOR SUMMARY JUDGMENT**<br><br>        **(FIRST REQUEST)** |

The parties in this matter herewith jointly move for a nine (9) day enlargement to file additional materials relating to the Motion to Dismiss filed by the defendants.

In support of their motion, the parties state:

1.      By an order entered on the docket July 10, 2007, the Court converted the defendants' motion to dismiss to a motion for summary judgment and provided that additional materials (including memoranda of law) could be filed up to and including July 25, 2007, with reply materials due 7 days thereafter (August 1, 2007).

2.      On July 16, 2007, the plaintiff Zone Café LLC filed a motion requesting a thirty day enlargement in the schedule for additional briefing.

3.      After discussion, the parties have jointly agreed that the interest of justice would be served by providing all parties a nine (9) day enlargement in the briefing schedule.  By this motion, Zone Café formally WITHDRAWS its formal request for a thirty day enlargement.

WHEREFORE, the parties jointly move that this Honorable Court:

A.      Enlarge the time for filing materials, including but not limited to memoranda of law in connection with the defendants' converted motion for summary judgment, up to the close of business on August 3, 2007; and

B.      Enlarge the time for filing reply materials, including but not limited to memoranda of law, up to and including the close of business on August 10, 2007; and

C.      Grant whatever other or additional relief this Honorable Court deems just under the circumstances.

Respectfully submitted,


  /s/Richard Gordon                                   /s/ Lisa G. Arrowood                   
Kelly A. Evans                                   Lisa G. Arrowood (*admitted pro hac vice*)
Richard C. Gordon                                Edward Foye (*admitted pro hac vice*)
SNELL & WILMER L.L.P.                             Todd & Weld LLP
3800 Howard Hughes Parkway, Suite 1000           28 State Street, 31st Floor
Las Vegas, NV 89169                              Boston, MA 02109


   /s/ Michael Ruggio                                 /s/ Edmond Buddy Miller               
Michael F. Ruggio, Esq. (*admitted pro hac vice*)   Edmond "Buddy" Miller
Polsinelli Shalton Flanigan Suelthaus P.C.       6490 S. McCarran Blvd.
555 12th Street, N.W., Suite 710                 Building C, Suite 26
Washington, DC 20004-1206                        Reno, NV 89509
*Attorneys for Plaintiff Zone Café, LLC*         *Attorneys for Defendants*
                                                 *Zone Labs, Inc., and Barry Sears*


      Dated: July 19, 2007



## ORDER

IT IS SO ORDERED.

DATED this 23rd day of July, 2007.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3